

**FILED**
Oct 28. 2009
OCT 2 8 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Plaintiff(s)**

ONEAL JOHNSON

V.

Case No. 09cv4857
09C 4857

Judge
JOAN B. GOTTSCHALL

**Defendant(s)**
CITY OF CHICAGO POLICE (DEPT
#4871 KERR, LW (PCOW 228)
#18523 ALONSO, J (PCOW 158)

AMEND Complaint **COMPLAINT** TO AMEND CHARGES

I would to Amend case number, RD HR 515149, ALSO
OFFICERS #4871 KERR, LW (PCOW 228) ALSO OFFICER #18523
ALONSO, J (PCOW 158) I would Like To AMEND complaint
For Reasons why.

① FAlseAFying complaint To Judge Michelle Jordon #1881

2. THE OFFICER KERR STATED A INFORMANT STATED HE SAW
ME WITH A GUN THAT I don'T KNOW. WHY would I do tHAT.

3. OFFICER STATED THE INFORMANT STATED To HIM ON 28-AUG-09,
30 aug09, 31 AUG-09 HE SAW ME WITH A GUN, THERE WAS
KNOW crime committed AT tHAT Time. THERE ALSO WAS KNOW
CAll To police About A man with A GUN AT tHAT Time. From
tHE OFFICERS complAINT tHE INFORMANT tHEY HAVE used
FOR Six months, And noTHIng IN tHE complaINT SAY HE KNOW
ME. WHY would I SHOW A STRANGER A GUN OR ANY tHINGEISE

ONeal Johnson

5. OFFICERS STATED INFORMANT TOLD THEM I STATED I ALWAYS GO MY HEATER CLOSE BY IN THE HOUSE IF I NEED IT ON 31 AUG-09. ~~HOURS LATE~~ THE OFFICERS DID NOT FIND KNOW GUN ON SEP-1-09 WHEN THEY RAIDED THE HOUSE HOURS LATER FROM WHEN I WAS SUPPOSE TO TOLD THAT TOO THE INFORMANT. IF I KEEP IT ON ME, I WAS IN THE HOUSE, WHY WASANT THE GUN THERE.

6. THE OFFICERS IS FROM THE 22Nd DISTRICT, IM FROM THE 9TH DISTRICT. THE ONLY WAY HE KNEW ME IS FROM THE 9TH DISTRICT WHITCH I HAVE CHARGES ON. CASE NO. 09C 4857 AN 05C 4279 ALSO OPS COMPLAINTS.

7. THE ONLY WAY THE INFORMANT KNOW ME WOULD BE FROM P.O. KERR.

8. I DONT THINK HERE IS A INFORMANT.

9. THE INFORMANT did NOT TESTIFY IN FRONT OF A Judge MICHELLE JORdON 1881.

10. THE OFFICERS STATED HAT HE INFORMANT DELIVERED CHARGES CHARGES ON KEY GANG MEMBERS. SO IF THAT good THE GUN Hould OF BEEN THERS.

11. THE CHARGES P.O. KERR GAVE ME IS A FORM OF RETALEATION FROM FILEING OPS CHARGES AND LAWSUITS AGAINST OTHERE OFFICERS FROM THE 9TH DISTRICT.

12. ON 8-21-09 I Filed my complaint O9C 4857, ON 8-21-09 Judge GOTTSCHALL CASE No. 09 C 4857 ORDERED US MARSHALLS TO SERVE SOMMONS TOO OFFICERS OF THE 9TH DISTRICT. THE P.O KERR CLAIM THE INFORMANT SAW ME WITH A GUN 28 Aug-09 30 Aug-09 ALSO 31 AUG 09, MY Hous WAS Raided SEP-1-09. THIS WAS ALL A SET UP A FORM OF RETALEATION FROM ME Fileing my complaint O9C 4857 AGAINST OFFICERS OF THE 9TH DISTRICT.
OFFICER KERR used THE COURT SYSTEM THAT WE LIVE OUR LIVES BY TO MAKE FALSE COMPLAINT, BREAK THE LAW.

13. IN my COMPLAINT 09C 4857 STATED THAT I WAS SCARED
To STAY HOME THAT THEY would WANT REVENGE ANd
tHis IS HOW tHEY RETALEATED.

14. Im AFRAid To go Home, I STAY FROM plACE To plACE.
I FEAR FOR my LiFE ANd FREEdom

15. I STAYEd IN JAil FOR tHIS RETALEATION CHARGE
FROM 9-1-09 TO 10-21-09 BEFOR tHE CASE
WAS DISSmissed.

16. OFFicER Fill To come To coURT AFTER All tHERE HARdwORk

17. I ASK tHE coURT To Amend tHis complaiNT Because
I Need ToBe proTecTed FROM tHESE OFFICERS ANd
OtHERES To come.

18 I ASK THE coURT To Help me FROM tHESE OFFICERS
ANd more To come IN tHE FUTURE, ALSO FROM cases
tHey mightT TRY To put ON ME. I FEAR FOR my
LiFE ANd FREEdom.

20. I FilEd a complaiNT ON 8-11-09 tHE U.S. MARSHAls
WAS ORdERED TO SERVE tHE police with SOMMONS
ON 8-21-09. THE I FORMANT SAid I WAS IN FRONT OF
my House with A guN ON AUg-28-09 AUg-30-09
AUg-31-09. I STATEd I WAS SCARED TO STAY Home
IN complaiNT 09C 4855, WHY would I BE STANding
ALL dAYS IN FRONT OF my HousE with A guN FOR
KNOW REASON ANd WHY. ITS A SETUP, RETALEATION
IT DON'T Add up.