### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| O'NEAL JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO POLICE DEPARTMENT )<br>OFFICER KERR, L.W. (Badge #4871), and )<br>OFFICER ALONSO, J. (Badge #18523), )<br>)<br>Defendants. ) | Case No. 09 C 4857<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Keys |

### STIPULATION

The parties hereby stipulate and agree that:

1. Plaintiff shall have until September 10, 2010 to file a Third Amended Complaint.

2. Defendants shall have until October 1, 2010 to answer or otherwise plead.

3. This case shall be set for status based on the Court's available schedule for a date after October 11, 2010.

\*   \*   \*   \*

Dated: August 17, 2010                                                          Respectfully submitted,

 /s/ Andrew Foreman                                                              /s/ John C. Gekas
Andrew Foreman                                                                    John C. Gekas
 aforeman@daleymohan.com                                                jgekas@gekaslaw.com
Daley Mohan Groble, P.C.                                                      GEKAS LAW LLP
55 West Monroe, Suite 1600                                                 11 South LaSalle Street; Suite 1700
Chicago, Illinois 60603                                                             Chicago, IL 60603
Tel: (312) 422-9999                                                                 Tel: (312) 726-4501

*Attorney for Defendants*                                                        *Attorney for Plaintiffs*